UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KATHERINE ESPINALES,
              Plaintiff,

                          1:24-cv-08599(ALC)
-against-

                          **ORDER**

IMCMV HOLDINGS, INC. and PROPER
HOSPITALITY SOLUTIONS, LLC,
              Defendants.
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of a report that the parties have agreed in principle to settle this matter. *See* ECF No. 20. The parties are directed to file the proposed settlement and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in its recent decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The proposed settlement and accompanying memorandum shall be filed no later than **July 31, 2025**. All other deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:    June 24, 2025
               New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**