

175 Pearl Street, Suite C 402
Brooklyn, NY 11201
Main: 646.341.6544
constangy.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 08/28/2025

**MEMO ENDORSED**

August 27, 2025

**VIA ECF**

Hon. Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

> Re:  Espinales v. Proper Hospitality Solutions, LLC et al.
>       Case No. 1:24-cv-08599-ALC
>       **Second Extension Request**

Dear Judge Carter:

My firm represents Defendant IMCMV Times Square (improperly named as "IMCMV Holdings, Inc.") in the above captioned case. We write on behalf of all Parties to respectfully request a second extension of time to file the proposed settlement agreement and joint *Cheeks* memorandum of law.

The Court first directed the Parties to submit these documents by July 31, 2025. After the Parties submitted an extension request, the Court directed the parties to submit these documents by August 30, 2025.

The parties respectfully propose a second thirty-day extension, with the proposed settlement agreement and joint *Cheeks* memorandum of law to be filed on or before September 29, 2025. All Parties consent to this request.

Thank you for Your Honor's time and consideration.

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
August 28, 2025
New York, NY

Respectfully submitted,

/s/ Christine L. Hogan
Christine L. Hogan

cc:   Counsel of Record (via ECF)
      Chambers (courtesy copy via email)

Christine Hogan • Partner • 646.341.6553 • chogan@constangy.com

AL · CA · CO · DC · FL · GA · IL · IN · MA · MD · MN · MO · NJ · NY · NC · OR · PA · SC · TN · TX · VA · WA

13374699v1
13374699v1