```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/7/25__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

   **KATHERINE ESPINALES,** :
              Plaintiff, :
               :  1:24-cv-08599(ALC)
   -against- :
               : **ORDER**
   **IMCMV HOLDINGS, INC. and PROPER** :
   **HOSPITALITY SOLUTIONS, LLC,** :
              Defendants. :

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' proposed settlement agreement and accompanying joint motion to approve the settlement agreement, filed October 31, 2025. ECF No. 31. Having reviewed the revised settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated:**    **November 7, 2025**
            **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**